## Commonwealth *v.* Tucker, Appellant.

Argued April 16, 1975. *John H. Corbett, Jr.,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Turner, Appellant.

Submitted March 17, 1975. *James J. Powell, III,* Assistant Public Defender, for appellant; *Charles F. Wilson,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.